United States District Court
Southern District of Texas
**ENTERED**
May 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KAYLA HOLLIE, INDIVIDUALLY AND AS    §
PERSONAL REPRESENTATIVE OF THE    §
ESTATE OF J.K. (DECEASED MINOR),    §
    *Plaintiff,*    §
        §
        §
v.    §    CIVIL ACTION NO. 4:25-CV-4959
        §
ELANDIS SERVICES, INC., ET AL.,    §
    *Defendants.*    §

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 20, 2026 (Dkt. 48), Defendants' Objections (Dkt. 50), and Intervenor's Response to the Objections (Dkt.51), the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court. It is further **ORDERED** that this case is **REMANDED** to the 125th Judicial District Court of Harris County, Texas from which it was removed.

**SIGNED** at Houston, Texas this __6th__ day of May, 2026.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE